| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

CATHY GRUSECKI, §
§
*Plaintiff*, §
§
§
*versus* § CIVIL ACTION NO. 1:25-CV-00173
§
§
LIBERTY MUTUAL PERSONAL §
INSURANCE COMPANY, §
§
*Defendant*. §
§

## ORDER OF DISMISSAL

This case was referred to the Honorable Christine L. Stetson, United States Magistrate Judge, for pretrial management. *See* 28 U.S.C. § 636(b)(1); E.D. Tex. Loc. R. CV-72. On August 11, 2025, Plaintiff Cathy Grusecki and Defendant Liberty Mutual Personal Insurance Company jointly moved the court to dismiss with prejudice all Plaintiff's claims against Defendant (#13). Since all parties had signed the motion, the magistrate judge construed it as a voluntary stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and recommended that this court dismiss the case with prejudice (#14). No party objected.

The recommendation of the magistrate judge is adopted. The parties' Joint Motion to Dismiss (#13) is **GRANTED**. It is therefore **ORDERED** that this matter is **DISMISSED WITH PREJUDICE** pursuant to the parties' agreement. Each party is to bear its own cost of court and attorney's fees. The clerk is directed to close the case.

**THIS IS A FINAL JUDGMENT**.

SIGNED at Beaumont, Texas, this 17th day of September, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE